# ELECTRONIC RECORD

COA #14-14-00109-CR

STYLE: Kevin Antonio Owens v The State of Texas

COA DISPOSITION: Affirmed

DATE: April 28, 2015    Publish: No

OFFENSE: Capital Murder

COUNTY: Harris

TRIAL COURT: 248th District Court

TC CASE #: 1316170

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Kevin Antonio Owens v The State of Texas

CCA # _____

_____ APPELLANT'S _____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: __06/10/2015__

JUDGE: __Per Curiam__

CCA Disposition: **486-15**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**